FILED
BILLINGS, MT

2007 MAR 22 PM 2 45

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| JULIE DIMITROV, LAURETTA FERRANTI, LAURA JEAN COLE, and OPAL BLAIR, <br><br> Plaintiff, <br><br> vs. <br><br> GALE NORTON, Secretary of the DEPARTMENT OF THE INTERIOR; KATHLEEN CLARKE, Director; BUREAU OF LAND MANAGEMENT; HOWARD LEMM, Acting Montana State Director, BUREAU OF LAND MANAGEMENT; and U.S DEPARTMENT OF INTERIOR, <br><br> Defendant. | CV-06-58-BLG-RFC <br><br><br> ORDER FOR PUBLICATION |

Plaintiffs have filed a request that the Court publish the Findings and Recommendation of United States Magistrate Judge Anderson filed November 30, 2006 and the Order of this Court filed March 14, 2007 as they are of important precedential value and the interest of justice would be served by publication. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's request is GRANTED. The Clerk of Court is directed to publish said Findings and Recommendation of United States Magistrate Judge Anderson filed November 30, 2006 and the Order of this Court filed March 14, 2007.

DATED this 21 day of March, 2007.

RICHARD F. CEBULL
U.S. DISTRICT COURT JUDGE