FILED
BILLINGS DIV.

2007 AUG 1 AM 9 32

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| JULIE DIMITROV, LAURETTA FERRANTI, LAURA JEAN COLE, and OPAL BLAIR,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary of the DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | CV 06-58-BLG-RFC<br><br>**ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE** |

Upon consideration of the defendants' unopposed motion to lift stay and set briefing schedule,

IT IS HEREBY ORDERED that the stay of proceedings issued on May 2, 2007, is lifted.

IT IS FURTHER HEREBY ORDERED that defendants' brief in response to plaintiffs' application for attorney fees and expenses shall be filed on or before September 17, 2007, and plaintiffs' optional reply brief shall be filed on or before October 29, 2007.

DATED this ___ day of August, 2007.

Richard F. Cebull
United States District Judge